No. 89–5343. McCROSKEY v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 89–5353. SALAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 89–5355. HEADLEE v. SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 10th Cir. Certiorari denied.

No. 89–5382. ALEXANDER v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 89–5413. WATSON v. BROWN, DIRECTOR, MICHIGAN DEPARTMENT OF CORRECTIONS, ET AL. C. A. 6th Cir. Certiorari denied.

No. 89–5419. DAVIS v. ESTELLE ET AL. C. A. 5th Cir. Certiorari denied.

No. 89–5420. BRADEN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 89–5502. LOPEZ-TORRES v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 89–5562. MORENO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89–5661. DEBROSSE v. OHIO. Ct. App. Ohio, Miami County. Certiorari denied.

No. 89–5662. SASSOWER v. DILLON ET AL. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 89–5670. BARELA v. BAKER, SECRETARY OF STATE. C. A. 9th Cir. Certiorari denied.

No. 89–5672. POLUMBO v. NEW MEXICO. C. A. 10th Cir. Certiorari denied.

No. 89–5674. LIGHTSEY v. TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 89–5675. GRIBBLE v. LIVESAY, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.